UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
─────────
No. 24-3006
─────────

KAREN CORNISH-ADEBIYI, *et al.*,
*Plaintiffs-Appellants*,

v.

CAESARS ENTERTAINMENT, INC., *et al.*,
*Defendants-Appellees*.
─────────

**DEFENDANTS-APPELLEES' UNCONTESTED MOTION
FOR AN EXTENSION OF TIME TO FILE THEIR BRIEF**

Pursuant to Fed. R. App. P. 26(b) and L.A.R. 31.4, Defendants-Appellees Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, Tropicana Atlantic City Corporation, MGM Resorts International, Marina District Development Company, LLC, Hard Rock International Inc., Seminole Hard Rock Support Services, LLC, Boardwalk 1000, LLC, and Cendyn Group, LLC hereby respectfully request a 30-day extension of time to file their response brief, to and including March 24, 2025. Defendants' response brief is currently due on February 20, 2025, and this is defendants' first extension request. As explained below, there is good cause for this motion, which is not made for the purpose of delay, and plaintiffs consent to this request.

    1.    On October 25, 2024, plaintiffs filed their notice of appeal in

this case. (*See* No. 1:23-cv-02536 (KMW) (EAP), ECF No. 141 (D.N.J.).)

2. On November 27, 2024, this Court entered a Briefing and Scheduling Order, which established that plaintiffs' brief shall be filed and served on or before January 6, 2025, with defendants' response brief to be filed and served within 30 days of service of plaintiffs' brief. (*See* Dkt. No. 39-2.)

3. On December 6, 2024, plaintiffs filed a motion for a 14-day extension of time to file their opening brief, which this Court granted on December 9, 2024. (*See* Dkt. Nos. 43, 44.) Defendants did not oppose this extension.

4. On January 21, 2025, plaintiffs filed their opening brief and appendix. (Dkt. Nos. 49, 50.)

5. On January 28, 2025, *amicus curiae* briefs were filed in support of plaintiffs by the Open Markets Institute (Dkt. No. 56), the American Antitrust Institute (Dkt. No. 60), and the Committee to Support the Antitrust Laws (Dkt. No. 61).

6. Pursuant to an agreed-upon extension, an additional *amicus curiae* brief in support of plaintiffs is expected to be filed by February 11, 2025. (Dkt. No. 48.) The Court granted the requested extension for this *amicus curiae* brief on January 29, 2025. (Dkt. No. 64.)

7. Good cause exists to grant this request.

8. First, the requested extension would allow defendants to coordinate with each other to file a single response brief. This action involves ten entities named as defendants, who are represented by five groups of counsel, and it would serve the interests of all parties and the Court for defendants to file a single response brief.

9. Second, the requested extension is warranted in light of the extension granted to plaintiffs' *amici*. Without an extension, there would only be nine days between the anticipated filing of the last *amicus* brief and the deadline for defendants' response brief.

10. Defendants respectfully submit that this brief extension would not materially impact the schedule for this appeal or the resolution of the case.

11. Defendants have not previously received an extension.

12. Plaintiffs have consented to the requested extension.

For the foregoing reasons, defendants respectfully request a 30-day extension of time to file their opposition brief, to and including March 24, 2025.[1]

Dated: February 7, 2025  
New York, New York

s/ Boris Bershteyn  
Boris Bershteyn  
Ken Schwartz  
Michael Menitove  
Tansy Woan  
Andrew Muscato

---

[1] Because the last day of the requested 30-day extension falls on March 22, a Saturday, defendants' brief would be due on March 24, 2025 if the requested extension is granted. *See* Fed. R. App. P. 26(a).

Sam Auld
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Tansy.Woan@skadden.com
Andrew.Muscato@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants-Appellees Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

s/ Sadik Huseny
Lawrence Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Lawrence.Buterman@lw.com

Sadik Huseny
Brendan McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Sadik.Huseny@lw.com
Brendan.McShane@lw.com

Melissa Arbus Sherry
Anna M. Rathbun
Christopher J. Brown
Graham Haviland
LATHAM & WATKINS LLP
555 Eleventh St, NW Suite 1000

s/ Jennifer L. Del Medico
Jennifer L. Del Medico
Laura W. Sawyer
JONES DAY
250 Vesey Street, 34th Floor
New York, NY 10281
Telephone: 212-326-3658
jdelmedico@jonesday.com
lwsawyer@jonesday.com

David C. Kiernan
Matthew Silveira
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
dkiernan@jonesday.com
msilveira@jonesday.com

*Attorneys for Hard Rock International Inc. and Seminole Hard Rock Support Services, LLC*

Washington, DC 20004-1304
Melissa.Sherry@lw.com
Anna.Rathbun@lw.com
Chris.Brown@lw.com
Graham.Haviland@lw.com

*Attorneys for Defendant-Appellee Cendyn Group, LLC*


s/ Bethany W. Kristovich
Bethany W. Kristovich
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: 213-683-9100
Bethany.Kristovich@mto.com

Justin R. Raphael
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Justin.Raphael@mto.com

*Attorneys for MGM Resorts International and Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa.*

s/ Craig Carpenito
Craig Carpenito
David S. Lesser
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
ccarpenito@kslaw.com
dlesser@kslaw.com

*Attorneys for Boardwalk 1000, LLC d/b/a Hard Rock Hotel & Casino Atlantic City*

*Counsel for Defendants-Appellees*

5

## CERTIFICATION PURSUANT TO L.A.R. 27.3

Pursuant to L.A.R. 27.3, I, Boris Bershteyn, hereby certify that Counsel for Defendants-Appellees have conferred with Counsel for Plaintiffs-Appellants, who do not contest the relief sought by this motion.

Dated: February 7, 2025          s/ Boris Bershteyn
       New York, New York       Boris Bershteyn

# **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d), 32(a)(5) & (6) and L.A.R. 32.1(c) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

2. The motion contains 528 words in compliance with Fed. R. App. P. 27(d)(2)(a). As permitted by Fed. R. App. P. 32(g), the undersigned has relied on the word count feature of this word processing system in preparing this certificate.


Dated: February 7, 2025        s/ Boris Bershteyn
      New York, New York        Boris Bershteyn

**CERTIFICATE OF SERVICE**

       I, Boris Bershteyn, hereby certify that on February 7, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 7, 2025           s/ Boris Bershteyn
       New York, New York          Boris Bershteyn