# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3006

Cornish-Adebiyi et al. vs. Caesars Entertainment, Inc. et al.

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Antitrust Law and Economics Professors

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [✔] Amicus Curiae

(Type or Print) Counsel's Name: Isaac Park

- [✔] Mr.
- [ ] Ms.
- [ ] Mrs.
- [ ] Miss
- [ ] Mx.

Firm: NYU School of Law (institutional affiliation)

Address: 40 Washington Sq. South

City, State, Zip Code: New York, NY 10012

Phone: (901) 831-7177          Fax: n/a

Primary E-Mail Address (required): ipark6@gmail.com
Additional E-Mail Address (1): isaac.park@nyu.edu
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Isaac Park

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

# ADDENDUM TO ENTRY OF APPEARANCE FOR ANTITRUST LAW AND ECONOMICS PROFESSORS

*Amici curiae* are:

- Christine Bartholomew, Professor of Law, University at Buffalo School of Law

- Peter C. Carstensen, Fred W. & Vi Miller Chair in Law Emeritus, University of Wisconsin Law School

- Robert H. Lande, Venable Professor of Law Emeritus, University of Baltimore School of Law

- Dr. John L. Solow, White-Xander Professor of Economics, University of Central Florida; Emeritus Professor in Economics, University of Iowa