

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

April 3, 2025

**VIA ECF**
Patricia S. Dodszuweit, Clerk of the Court
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> Re: *Cornish-Adebiyi v. Caesars Entertainment, et al.*, No. 24-03006
> **Unopposed Request for Two-Week Extension Per L.A.R. 31.4**

Dear Ms. Dodszuweit:

We represent Plaintiffs/Appellants in this case and write to request a 14-day extension of the deadline by which Plaintiffs/Appellants must file their reply brief. The new deadline for the reply brief would be April 28, 2025. Defendants/Appellees consent to this request.

Under L.A.R. 31.4, the Clerk of the Court may grant a party's request for extension of time to file a brief upon a showing of "good cause," and where an extension request is not made for the purpose of delay. Good cause for granting the request exists for at least three reasons: (1) the complexity of this Action and the issues raised in Defendants/Appellee's brief; (2) the recent *amicus curiae* filing by the International Center for Law & Economics, on March 31, in support of Defendants/Respondents; and (3) counsels' upcoming obligations for other matters.

First, this appeal concerns complex issues relating to an alleged horizontal "hub-and-spoke" price-fixing conspiracy to charge supra-competitive prices for Atlantic City casino-hotel rooms by using algorithmic pricing software. Because this Action concerns both novel AI-driven technology as well as complex antitrust issues arising from an alleged illegal price-fixing conspiracy under Section One of the Sherman Act, Plaintiffs/Appellants would benefit from an extension to effectively address these issues and those arguments raised in Defendants/Appellees' brief. The complexity of the appeal was previously the basis, in part, for extension requests granted upon consent for both Appellants' opening brief, Dkt. 44, and Appellees' brief in response, Dkt. 73.

Second, as with Defendants/Appellees' earlier granted request for an extension, *see* Dkt. 72 ¶¶ 5, 9, additional time is warranted given the recent *amicus curiae* filing by the International Center for Law & Economics on March 31.



Patricia S. Dodszuweit, Clerk of the Court
April 3. 2025
Page 2

Third, counsel for Plaintiffs/Appellants have multiple pressing obligations in other unrelated matters—including an upcoming trial—which will limit their ability to fulsomely address the issues presented in Defendants/Appellees' brief in the event that an extension were not permitted.

This is Plaintiffs/Appellants' first request for an extension of the time by which to file a reply brief. Defendants/Appellees consent to this request.

Thank you for your consideration of this motion. Should the Office of the Clerk have any additional questions, please do not hesitate to contact the undersigned.

Respectfully,

*/s/ Joseph J. DePalma*

Joseph J. DePalma

cc: All Counsel of Record (via ECF)