1:00 P.M.
THE COLLINS J. SEITZ COURTROOM (19TH FLOOR)

WEDNESDAY, SEPTEMBER 17, 2025

Coram: RESTREPO, MCKEE and SMITH, Circuit Judges

No. 24-2965

AMERICAN SOCIETY FOR TESTING & MATERIALS,
d/b/a ASTM International,
Appellant
v.
UPCODES, INC.; et al.

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| J. KEVIN FEE | JOSEPH R. PALMORE |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 24-3006

KAREN CORNISH-ADEBIYI; LUIS SANTIAGO; MONICA BLAIR-SMITH,
individually and on behalf of all others similarly situated,
Appellants
v.
CAESARS ENTERTAINMENT, INC.;
BOARDWALK REGENCY LLC,
d/b/a Caesars Atlantic City Hotel & Casino; et al.

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| JOSEPH ZACH FIELDS<br>[Appellant counsel]<br>(12 minutes per Court) | BORIS BERSHTEYN |
| MATTHEW I. SUMMERS<br>[American Antitrust Institute]<br>(3 minutes per Court) | |
| (15 minutes total Court time) | ss(15 minutes total Court time) |