UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 24-3006

---

KAREN CORNISH-ADEBIYI; LUIS SANTIAGO; MONICA BLAIR-SMITH,
individually and on behalf of all others similarly situated,
Appellants

v.

CAESARS ENTERTAINMENT, INC.; BOARDWALK REGENCY LLC, d/b/a Caesars Atlantic City Hotel & Casino; HARRAHS ATLANTIC CITY OPERATING COMPANY, LLC, d/b/a Harrahs Resort Atlantic City Hotel & Casino; TROPICANA ATLANTIC CITY CORPORATION, d/b/a Tropicana Casino and Resort Atlantic City; MGM RESORTS INTERNATIONAL; MARINA DISTRICT DEVELOPMENT COMPANY, LLC, d/b/a Borgata Hotel Casino & Spa; HARD ROCK INTERNATIONAL INC.; SEMINOLE HARD ROCK SUPPORT SERVICES, LLC; BOARDWALK 1000, LLC, d/b/a Hard Rock Hotel & Casino Atlantic City; CENDYN GROUP, LLC

---

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:23-cv-02536)

---

SUR PETITION FOR REHEARING

---

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, McKEE*, and SMITH*, Circuit Judges

The petition for rehearing filed by appellees in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Theodore A. McKee
Circuit Judge

Date: October 2, 2026
PDB/cc: All Counsel of Record

* Judge McKee's and Judge Smith's votes are limited to panel rehearing only.